# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### OAKLAND DIVISION

FILED

JAN - 9 2017

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN RE: LITHIUM ION BATTERIES )
ANTITRUST LITIGATION )  Case No. 13-MD-02420 YGR
)  MDL NO. 2420
)
_____ )
This Document Relates to: )
INDIRECT PURCHASER ACTIONS)

---

## NOTICE OF WITHDRAWAL OF APPELLANT PATRICK S. SWEENEY'S NOTICE OF APPEAL

---

Appellant/Objector Patrick S. Sweeney ("Objector") gives notice that he hereby withdraws his Notice of Appeal, which he filed in this Court on December 5, 2016 (Dkt #1650) and which is currently pending before this Court and the Ninth Circuit Court of Appeals (as Case No. 16-17235). Objector consents to the complete and final dismissal of his appeal without prejudice under F.R.A.P. Rule 42(b), without costs against any party.

Dated: December 31, 2016

Respectfully submitted,

/s/ Patrick S. Sweeney
Patrick S. Sweeney, Pro Se
6666 Odana Road
Suite 116
Madison, Wi 53719
(310) 339-0548
patrickshanesweeney@gmail.com

i

# CERTIFICATE OF SERVICE

I hereby certify that, on December 31, 2016 I caused the foregoing document to be filed and served on Clerk of Court for the Northern District of California and the Clerk of Court for the Ninth Circuit Court of Appeals by causing this document to be filed in the respective case dockets via United States First Class Mail. When the Clerks file this document in their in the CM/ECF systems all counsel of record using the CM/ECF filing system will be noticed. In addition, I have caused this document to be served by United States First Class Mail on counsel of record as they are listed in the Legal Notice of Settlement for this case and as described below.

Dated: December 31, 2016.

/s / Patrick S. Sweeney
Patrick S. Sweeney


Steven N. Williams, Esq.
Cotchett, Pitre & McCarthy, LLP
San Francisco Airport Office Center
840 Malcolm Road
Suite 200
Burlingame, CA 94010
batteries@cpmlegal.com


Jeff Friedman, Esq.
Hagens Berman Sobol Shapiro LLP
715 Hearst Avenue
Suite 202
Berkeley, CA 94710
batteries@hbsslaw.com


Brendan P. Glackin, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street
29th Floor
San Francisco, CA 94111-3339
batteries@lchb.com

Sukenhy
6666 ODANA ROAD
Suite 116
Madison WI 53719

RETURNED TO THE HOST SEND
03 JAN 2017 PM 5 L

9461285212 C037

U.S. DISTRICT COURT
CLERK OF COURTS-CLASS ACTION
Northern Dist. of CALIFORNIA
1301 CLAY STREET
OAKLAND, CA 94612

USA FOREVER

